WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 MAY 11 16:35USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JANICE HAWK,**                                              CV # 02-822-HU

    Plaintiff,

vs.                                                           ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $150.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 11th day of May, 2009.

_____
United States District / ~~Magistrate~~ Judge

Submitted on May 10, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1