WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 AUG 18 18:05 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JANICE HAWK,**                                                           CV 02-822-HU

    Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

      Reasonable attorney fees in the amount of $11,642.55 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). Previously, this court awarded $7,499.99 pursuant to the Equal Access to Justice Act (EAJA). From the § 406(b) award, Plaintiff's attorney may retain an additional $4,142.56 above the amount already received for EAJA fees. The court understands that Plaintiff's attorney currently is holding the fee in an IOLTA trust account. Plaintiff's attorney may charge and receive $4,142.56 (the net § 406(b) fee award) from the funds currently being held in his IOLTA trust account. The agency will not send this fee to Plaintiff's attorney under the direct payment system.

      DATED this 18 day of August, 2009.

                                                   United States District / Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1